IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| Michael J. Watanabe | Laura Blunkall |
|---|---|
| U.S. Magistrate Judge | Deputy Clerk |
| Case No: 08-cr-00106-EWN | FTR MJW AM |
| Date: June 24, 2008 | |
| UNITED STATES OF AMERICA | Kenneth Harmon |
| vs. | |
| GEORGIOS XYDEAS | Harvey Steinberg |

Interpreter Marcella Salazar

### RE-ARRAIGNMENT ON SUPERSEDING INDICTMENT AND MOTION HEARING (39)

Court in session: 10:39 am

Court calls case and appearances of counsel.

Interpreter sworn.

Sue Heckman is present from pretrial services.

Court notes detention has previously been determined.

Statements from the government regarding request for detention hearing .

Statements from defense counsel regarding request for detention hearing.

Defendant waives further reading and advisement on the superseding indictment.

Defendant enters a plea of NOT GUILTY.

Counsel to chambers.

**ORDERED:** Request For Detention Hearing (39) is denied as moot.

**ORDERED:** Defense granted leave to file a motion within 5 days regarding readdressing the issue of detention. A hearing will be set by the court upon receipt of the motion.

**ORDERED:** Defendant remanded to the custody of the United States Marshal.

Court in recess: 10:52 am

Hearing duration: 13 minutes

Hearing concluded.