IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

| | |
|---|---|
| Courtroom Deputy: Ginny Kramer<br>Court Reporter: Kara Spitler<br>Probation Officer: Jan Woll<br>Interpreter: Melinda Gondalez-Hibner | Date: March 24, 2009 |

**Civil/Criminal Action No. 08-cr-00106-WDM-1**

| Parties: | Counsel: |
|---|---|
| UNITED STATES OF AMERICA, | Kenneth Harmon |
| Plaintiff, | |
| vs. | |
| 1. GEORGIOS XYDEAS, | Harvey Steinberg |
| Defendant. | |

## COURTROOM MINUTES - SENTENCING HEARING

**9:02 a.m.     Court in session.**

The Defendant is present in court, in custody.

Appearances of counsel.

The Interpreter is sworn.

Defendant entered his plea on **January 22, 2009,** to count fourteen (14) of the Second Superseding Indictment.

Statement to the Court by Mr. Steinberg, for the Defendant.

Statement to the Court by the Defendant.

Statement to the Court by Mr. Harmon, for the Government.

**ORDERED:** That the Government's Motion to Seal Document *Docket Entries 97 & 98* [#96] filed March 22, 2009 and the Government's Motion to Seal Document *Docket Entries 92 & 101* [#102] filed March 22, 2009 are **granted. These documents shall be sealed temporarily until June 22, 2009.**

**ORDERED:** That the Government's Motion for Downward Departure Pursuant to 5K1.1 [#96] filed March 22, 2009, is **granted.**

**ORDERED:** That the Government's Oral Motion Regarding Acceptance of Responsibility is **granted**.

**ORDERED:** That the statement of facts in the Plea Agreement and the Presentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

**ORDERED:** That the Defendant's plea of guilty to count fourteen (14) of the Second Superseding Indictment is accepted.

**RECOMMENDATION OF THE PROBATION OFFICER IS AS FOLLOWS:**

|  | Guideline Provision | Recommended Sentence |
|---|---|---|
| **Custody** | Not more than 3 years | 36 months (Absent the anticipated motion for departure) |
| **Supervised Release** | not more than 1 year | 1 year |
| **Probation** | 1 to 5 years | Probation is not recommended |
| **Fine** | Not more than $250,000 | A fine is not recommended |
| **Special Assessment** | $100.00 | $100.00 |
| **Restitution** | Not more than $250,000 | A fine is not recommended |

**Community Service** - Community service is not recommended

**ORDERED:** That the Defendant shall be **imprisoned for eighteen (18) months**.

Court RECOMMENDS that defendant receive credit for days spent in custody.

**ORDERED:** Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **one (1) year**.

**ORDERED: Conditions** of Supervised Release that:

- (X) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (X) Defendant shall not commit another federal, state or local crime.
- (X) Defendant shall not illegally possess controlled substances.
- (X) Defendant shall not possess a firearm or destructive device.
- (X) Defendant shall comply with standard conditions recommended by U.S. Sentencing Commission..
- (X) Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are WAIVED because defendant has not shown any evidence of drug use.
- (X) Defendant shall cooperate in the collection of DNA as directed by the probation officer.

**ORDERED: Special Condition** of Supervised Release that:

- (X) If defendant is deported, he shall not re-enter the United States illegally. If defendant re-enters the United States legally, he is to report to the nearest U.S. Probation Office within 72 hours of his return.
- (X) That the defendant shall cooperate with the Government in its ongoing investigation.

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately

**ORDERED: No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:** Defendant advised of right to appeal. Any notice of appeal must be filed within 10 days of entry of judgment.

**ORDERED:** Defendant is **REMANDED** to the custody of the U.S. Marshal.

**9:47 a.m.    Court in recess.**
Total in-court time:  00:45 minutes
Hearing concluded.